MARC J. DEREWETZKY (No. 6619)
*mjd@trenklawfirm.com*
TRENK, DIPASQUALE, DELLA
   FERA & SODONO, P.C.
1939 Harrison Street, Suite 711
Oakland, CA 94612
Telephone:  (510) 891-8687
Facsimile:  (510) 891-8627

HASHEM KAROUM (No. 10829)
*hkaroum@Tvqr.com*
9525 Hillwood Drive, Suite 100
Las Vegas, NV 89134
Telephone: (702) 940-8862
Facsimile: (702) 940-8881

Attorneys for Plaintiff
QUEENSRIDGE TOWERS LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUEENSRIDGE TOWERS LLC, | No. 2:13-CV-00197-JCM-PAL |
| Plaintiff, | PLAINTIFF QUEENSRIDGE TOWERS LLC'S MOTION TO WITHDRAW, WITHOUT PREJUDICE, MOTION FOR PARTIAL SUMMARY JUDGMENT (DOCKET NO. 25) |
| vs. | |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, and DOE DEFENDANTS 1 – 100, | |
| Defendants. | |

Plaintiff Queensridge Towers LLC ("Queensridge") hereby submits this Motion to Withdraw Queensridge's Motion for Partial Summary Judgment [Docket No. 25] and the Reply in support of same [Docket No. 43]. The Motion was filed on December 23, 2013 and the Reply was filed on January 30, 2014.

Discovery occurring after the motion was filed revealed additional evidence that supports the motion and Queensridge wishes to present its motion based on a complete record. Accordingly, Queensridge respectfully requests to withdraw its motion without prejudice.

Dated:  March 6, 2014

TRENK, DIPASQUALE, DELLA FERA & SODONO, P.C.

By: _____/s/ Marc J. Derewetzky_____
Marc J. Derewetzky

Attorneys for Plaintiff
QUEENSRIDGE TOWERS LLC

**ORDER**

**IT IS SO ORDERED.**

DATED this 7th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE